Natalie P. Vance, Bar No. 206708
KLINEDINST PC
801 K Street, Suite 2800
Sacramento, California 95814
(916) 444-7573/FAX (916) 444-7544
nvance@klinedinstlaw.com

Attorneys for Defendant
RESURGENT CAPITAL SERVICES, LP;
ALEGIS GROUP, LLC; and LVNV
FUNDING, LLC,

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMAN HATAMI,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP; ALEGIS GROUP, LLC; and LVNV FUNDING, LLC,<br><br>Defendants. | Case No.   C08-02453RS<br><br>**CERTIFICATE OF SERVICE**<br><br>Complaint Filed:  May 13, 2008<br>Trial Date:       None set |

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                        )
COUNTY OF SACRAMENTO    )

I declare that:

I am and was at the time of service of the papers herein, over the age of eighteen (18) years and am not a party to the action. I am employed in the County of Sacramento, California, and my business address is 801 K Street, Suite 2800, Sacramento, California 95814.

On **June 11, 2008**, I caused to be served the following documents:

**ANSWER OF DEFENDANT ALEGIS GROUP, LLC TO PLAINTIFF'S COMPLAINT**

**ANSWER OF DEFENDANT RESURGENT CAPITAL SERVICES, LP TO PLAINTIFF'S COMPLAINT**

**ANSWER OF DEFENDANT LVNV FUNDING, LLC TO PLAINTIFF'S COMPLAINT**

|   |   |   |
|---|---|---|
| 3-6 | ☐ | **BY REGULAR MAIL:** I caused such envelopes to be deposited in the United States mail, at Sacramento, California, with postage thereon fully prepaid, individually, addressed to the parties as indicated. I am readily familiar with the firm's practice of collection and processing correspondence in mailing. It is deposited with the United States postal service each day and that practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b)(2)(B).) |
| 7-8 | ☐ | **BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressee(s) noted in this Certificate of Service. |
| 9-10 | ☐ | **BY FACSIMILE TRANSMISSION:** I caused a true copy of the foregoing document(s) to be transmitted (by facsimile # ) to each of the parties mentioned above at the facsimile machine and as last given by that person on any document which he or she has filed in this action and served upon this office. |
| 11-14 | ☒ | **BY ELECTRONIC FILING SERVICE:** Complying with Fed. R.Civ. P. 5(b)(2)(D), my electronic business address is ntooley@klinedinstlaw.com and I caused such document(s) to be electronically served for the above-entitled case to those parties on the Service List below. The file transmission was reported complete and a copy will be maintained with the original document(s) in our office. |

I declare that I am employed in the office of a member of the bar of this Court, at whose direction the service was made.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on June 11, 2008, at Sacramento, California.

                                       /s/ Nancy M. Tooley
                                    Nancy M. Tooley

KLINEDINST PC
801 K STREET, STE. 2800
SACRAMENTO, CALIFORNIA 95814

CERTIFICATE OF SERVICE
C08-02453RS

Service List
Hatami v Resurgent Capital Services, LP, et al.
C08-02453 RS

| Fred W. Schwinn, Esq.<br>CONSUMER LAW CENTER, INC.<br>12 South First Street, Suite 1014<br>San Jose, CA 95113 | T. 408.294.6100<br>F. 408.294.6190<br>Fred.schwinn@sjconsumerlaw.com<br><br>Attorney for Plaintiff |
|---|---|

637737v1

- 3 -

CERTIFICATE OF SERVICE
C08-02453RS