1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California 95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
6  IMAN HATAMI

7              UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                    SAN JOSE DIVISION

9  IMAN HATAMI,                    Case No.: C08-02453-RS
10
                Plaintiff,          **ADR CERTIFICATION BY**
11 v.                               **PARTIES AND COUNSEL**

12 RESURGENT CAPITAL SERVICES, LP, et
   al.,
13
                Defendants.
14

15    Pursuant to Civ. L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or
16 she has:

17    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of
   California," or the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are
18 available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing
   program (ECF) under General Order 45);
19
20    (2) Discussed the available dispute resolution options provided by the Court and private
   entities; and
21
22    (3) Considered whether this case might benefit from any of the available dispute resolution
   options.
23

24 Dated: 8-5-2008          _____
                            Iman Hatami, Plaintiff
25

26 Dated: 8-5-08            _____
27                          Fred W. Schwinn, Esq.
                            Attorney for Plaintiff
28

---

ADR CERTIFICATION BY PARTIES AND COUNSEL                Case No. C08-02453-RS