1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   IMAN HATAMI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IMAN HATAMI,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership, ALEGIS GROUP, LLC, a Delaware limited liability company, and LVNV FUNDING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.  C08-02453-JF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, IMAN HATAMI, and Defendants, RESURGENT CAPITAL SERVICES, LP, ALEGIS GROUP, LLC, and LVNV FUNDING, LLC, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, IMAN HATAMI, against Defendants, RESURGENT CAPITAL SERVICES, LP, ALEGIS GROUP, LLC, and LVNV FUNDING, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

-2-

| | |
|---|---|
| Dated: August 25, 2008 | /s/ Fred W. Schwinn<br>Fred W. Schwinn, Esq.<br>Attorney for Plaintiff<br>IMAN HATAMI |
| Dated: August 25, 2008 | /s/ Natalie P. Vance<br>Natalie P. Vance, Esq.<br>Attorney for Defendants<br>RESURGENT CAPITAL SERVICES, LP, ALEGIS GROUP, LLC, and LVNV FUNDING, LLC |

THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.

Dated: _____

The Honorable Jeremy Fogel
Judge of the District Court