\*\*E-filed 8/26/08\*\*

Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
IMAN HATAMI

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IMAN HATAMI,<br><br>Plaintiff,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, LP, a Delaware limited partnership, ALEGIS GROUP, LLC, a Delaware limited liability company, and LVNV FUNDING, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. C08-02453-JF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER**<br><br>Fed. R. Civ. P. 41(a)(1) |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, IMAN HATAMI, and Defendants, RESURGENT CAPITAL SERVICES, LP, ALEGIS GROUP, LLC, and LVNV FUNDING, LLC, stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, IMAN HATAMI, against Defendants, RESURGENT CAPITAL SERVICES, LP, ALEGIS GROUP, LLC, and LVNV FUNDING, LLC, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

/ / /

/ / /

/ / /

/ / /

1  Dated: August 25, 2008                 /s/ Fred W. Schwinn
                                          Fred W. Schwinn, Esq.
2                                         Attorney for Plaintiff
                                          IMAN HATAMI
3

4  Dated: August 25, 2008                 /s/ Natalie P. Vance
                                          Natalie P. Vance, Esq.
5                                         Attorney for Defendants
                                          RESURGENT CAPITAL
6                                         SERVICES, LP, ALEGIS GROUP,
                                          LLC, and LVNV FUNDING, LLC
7

8  THE FOREGOING STIPULATION
   IS APPROVED AND IS SO ORDERED.
9

10 Dated:  8/26/08
                                          _____
11                                        The Honorable Jeremy Fogel
                                          Judge of the District Court

-2-

STIPULATION OF DISMISSAL WITH PREJUDICE                    Case No. C08-02453-JF